**EXHIBIT A:**
**STIPULATED FACTS**

*The undersigned parties hereby stipulate and agree that if this case had proceeded to trial, the government would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

At all times relevant to this case, the defendant, **SCOTT ALEXANDER SMALLWOOD,** was a resident of Upper Marlboro, Maryland.

On or about March 15, 2010, **SMALLWOOD** left a microSD card on the counter of a 7-11 convenience store located at 6570 Coventry Way, Clinton, Maryland.

On March 15, 2010, an individual contacted the Prince George's County Police Department and reported that he found and viewed the contents of a microSD card from the same 7-11 store. The individual observed 10 to 15 videos on the microSD card using the program Quicktime, described below, which revealed the Defendant engaged in sexually explicit conduct with a prepubescent male.

On March 15, 2010, Prince George's County Police obtained the store surveillance tape for the time period when the microSD card was found. On March 17, 2010, the microSD card was provided to law enforcement. **SMALLWOOD** was subsequently identified as the person that left the microSD card at the 7-11 store.

A forensic analysis was conducted on the microSD card and thirteen videos were located. Eight of the thirteen videos depict a prepubescent male engaged in sexually explicit conduct with **SMALLWOOD** or **SMALLWOOD** engaging in sexual conduct in front of the prepubescent male. The prepubescent male was subsequently identified as a seven year old, C.S. The videos recovered on the microSD card are described as follows:

* 02-04-10_2151.3gp, produced February 4, 2010 at 9:51p.m., a three minute video that depicts **SMALLWOOD** fondling the penis of C.S. **SMALLWOOD** tells C.S. to pull his pants down and asks C.S. "do you want to play with it?" **SMALLWOOD** asks C.S. if he can touch the child's penis before fondling the child's genitals.

* 02-04-10_2152.3gp, produced February 4, 2010 at 9:52 p.m., a one minute video that depicts **SMALLWOOD** fondling the penis of C.S. and touching his penis to C.S.'s penis.

____ FILED ____ ENTERED
____ LOGGED ____ RECEIVED

FEB 7 2012

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY


**SMALLWOOD** also had C.S. over for "sleepovers" where he offered C.S. candy in exchange for inappropriate sexual contact.

On May 21, 2010, **SMALLWOOD** was identified and arrested and waived his rights, agreeing to be interviewed by law enforcement. **SMALLWOOD** admitted he had several inappropriate contacts with C.S. at the house of a friend located in Accokeek, Maryland. **SMALLWOOD** admitted that he masturbated in front of C.S. before ejaculating on him.

**SMALLWOOD** admitted he "produced visual recordings" of his sexual contact with C.S. using his cellular telephone. **SMALLWOOD** also admitted to taking the microSD card containing the videos of him engaged in sexually explicit conduct with C.S. out of his cell phone for the purposes of destroying it, but inadvertently lost it.

On May 21, 2010, a federal search warrant was executed on **SMALLWOOD**'s residence located at 16400 Tanyard Road, Upper Marlboro, Maryland 20772. Among the items seized from the residence included several notebooks with charts and lists denoting sexual contact with several children as well as several hundred pages of stories about sexual encounters between minors as well as between minors and adults. Agents also seized a life-size child doll from **SMALLWOOD**'s bedroom. The doll was dressed in shorts, a tee shirt and sweatshirt. The doll was also wearing boy's underwear and had a penis made of what appears to be wadded up socks pinned together.

The Motorola Razor camera cell phone belonging to **SMALLWOOD** used to produce the videos of C.S. engaged in sexually explicit conduct was manufactured in China. The microSD card used to store the videos of C.S. engaged in sexually explicit conduct was manufactured in China, thus affecting interstate or foreign commerce.

I have read this Statement of Facts and carefully reviewed every part of it with my attorney. I understand it, and I voluntarily agree to it. I do not wish to change any part of it.

12/14/11
Date

Scott Alexander Smallwood

I am Mr. Smallwood's attorney. I have carefully reviewed every part of this Statement of Facts with him. To my knowledge, his decision to sign it is a voluntary one.

12/14/11
Date

Timothy J. Sullivan, Esq.